Ira Sayles, Plaintiff-Appellant, v. The Board of Fire and Police Commissioners of the City of Champaign, Illinois, Defendant-Appellee.

Gen. No. 10,282.

Third District.

April 25, 1960.

Summers and Watson, for plaintiff-appellant; Albert Tuxhorn and Charles L. Palmer, for defendant-appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.